FILED

July 23, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                            )
            Plaintiff,       )         CASE NUMBER: 2:10-mj-00216 KJN
                            )
v.                          )            ORDER FOR RELEASE
                            )           OF PERSON IN CUSTODY
ALISHA NEWTON,              )
                            )
            Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _ALISHA NEWTON; Case 2:10-mj-00216 KJN_

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

___   Unsecured Appearance Bond in the amount of $

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) _Material witness is released into the third party custody of_

_Sonya Newton; Pretrial Supervision/Conditions._

Issued at _Sacramento, CA_ on _7/23/10_ at _2:30 pm_.

By _____
    Kendall J. Newman
    United States Magistrate Judge