DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Witness
ALISHA NICOLE NEWTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> ALISHA NICOLE NEWTON, <br>     Material Witness. | 2:10-mj-00216-KJN <br><br> **STIPULATION AND ORDER TO VACATE CONTROL DATE AND TERMINATE** <br><br> JUDGE: Hon. Kendall J. Newman |

    It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and material witness, ALISHA NICOLE NEWTON, by and through her counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that Ms. Newton be relieved of all conditions of release, that the August 4, 2010 control date be vacated, and that this matter be terminated forthwith.

    Ms. Newton first came before the Court on July 23, 2010 on a warrant issued out of the District of Columbia for her arrest as a material witness in 10-GJRSLD-78.  The Court released the witness into the third party custody of Sonia Newton, and imposed standard and special conditions of release.  The Court set a control date for August 4, 2010

1 at 10:00 a.m. to address the status of the Ms. Newton's ability to
2 travel to the District of Columbia and the status of the trial which
3 was scheduled for August 18, 2010 in that jurisdiction.
4     On July 30, 2010, both undersigned counsel received a correspondence
5 from Assistant U.S. Attorney David Rubenstein, the prosecutor in 10-
6 GJRSLD-78, stating that the defendant in that case had entered a guilty
7 plea and that Ms. Newton was, therefore, no longer needed in the
8 District of Columbia.

DATED: August 2, 2010          Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Witness
                               ALISHA NICOLE NEWTON

DATED: August 2, 2010          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               MICHAEL ANDERSON
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

For the reasons set forth in the stipulation of the parties, filed on August 2, 2010, IT IS HEREBY ORDERED that Ms. Newton be relieved of all conditions of release, that the August 4, 2010 control date be vacated, and that this matter is terminated.

DATED: August 3, 2010.         /s/ Kendall J. Newman
                               KENDALL J. NEWMAN
                               Magistrate Judge